IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT HEAD, #123788, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-633-WHA |
| | ) [WO] |
| | ) |
| KENNETH JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #28) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #28) of the Magistrate Judge is ADOPTED. Plaintiff's motion for voluntary dismissal (Doc. #27) is GRANTED and this case is DISMISSED without prejudice. No costs shall be taxed herein.

A separate judgment shall issue.

Done this 8th day of December, 2011.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE